

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-24-00337-CV

**IN THE INTEREST OF J.D.R.**, a Child

From the 438th Judicial District Court, Bexar County, Texas
Trial Court No. 2023-PA-00893
Honorable Lisa Jarrett, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE WATKINS, AND JUSTICE BRISSETTE

In accordance with this court's opinion of this date, the trial court's order is AFFIRMED. Appellant is indigent. No costs are assessed.

SIGNED September 25, 2024.

_____
Lori Massey Brissette, Justice